# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-740
LT Case No. 2018-CF-008204-A

_____

LEVONE STOKES,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris,
Senior Assistant Attorney General, Tallahassee, for Appellee.

February 6, 2024

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., WALLIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____